UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SHEILA SISK,                                    )
                                                )
                        Plaintiff,              )
                                                )        No. 1:09-CV-220
v.                                              )
                                                )        Chief Judge Curtis L. Collier
MICHAEL J. ASTRUE,                              )
Commissioner of Social Security,                )
                                                )
                        Defendant.              )

## O R D E R

Before the Court is Plaintiff Sheila Sisk's ("Plaintiff") motion for costs and attorney's fees

under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Court File No. 23).  In

accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a

report and recommendation ("R&R") recommending Plaintiff's motion for attorney's fees and costs

under the EAJA be granted to the extent that Plaintiff be awarded fees in the amount of $5474

(Court File No. 30).  Neither party filed a timely objection to the R&R.

After reviewing the record, this Court agrees with the R&R.  The Court hereby **ACCEPTS**

and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations

pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 30).

Accordingly, the Court **ORDERS**:

(1)     Plaintiff's motion for attorney's fees and costs is **GRANTED IN PART** (Court File
        No. 23).

(2)     Plaintiff shall be awarded fees in the amount of $168.00 per hour for 30.5 hours, for
        a total of **$5,124.00**.

(3)      Plaintiff shall be **REIMBURSED** for the Court's **$350.00** filing fee.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**