UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SHEILA R. SISK, )
 )
    Plaintiff, )
 ) Case No. 1:09-CV-220
v. )
 ) Chief Judge Curtis L. Collier
COMMISSIONER OF SOCIAL SECURITY, )
 )
    Defendant. )

**O R D E R**

On May 4, 2011, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 35). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 35). Accordingly, the Court **GRANTS** the plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (Court File No. 32), and **AWARDS** attorney's fees in the amount of $11,904.25 to the plaintiff.

**SO ORDERED.**

**ENTER:**

                                                        **/s/**
                                                        **CURTIS L. COLLIER**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**